IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGADANCE USA CORP. AND FRED ASTAIRE DANCE STUDIOS, INC., | CIVIL ACTION NO. 3:09-CV-30095 (MAP) |
| Plaintiffs, | |
| v. | |
| GARDENS DANCE STUDIO, INC., a Florida Corporation, PARK AVENUE DANCE, INC., a Florida Corporation, KYOUNG-IM CARVALHO a/k/a KYONG-IM KANG, and CLAUDE CREVIER, | ORDER |
| Defendants. | |

**THIS MATTER** having come before the Court upon the application of Plaintiffs Megadance USA Corp. and Fred Astaire Dance Studios, Inc. (collectively "Plaintiffs") for entry of an Order dismissing the Complaint against Defendants Park Avenue Dance, Inc. and Claude Crevier, without prejudice, and the Court having read and considered the documents submitted; and for good cause shown,

IT IS on this 3rd day of February, 2011, **ORDERED** that Plaintiffs' Complaint against Defendants Park Avenue Dance, Inc. and Claude Crevier is hereby dismissed without prejudice.

**IT IS SO ORDERED**

_____
U.S.D.J.